### MITCHELL v. BRASWELL et al.

LITTLE, J. When the evidence introduced on the trial of a case before a jury in a justice's court is conflicting, this court will not reverse a judgment of the superior court sustaining a certiorari sued out by the losing party and ordering the case to be again tried in the magistrate's court. The more especially is this so when an examination of the record brought to this court shows that the ends of justice require a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued June 14, — Decided July 18, 1898.

Certiorari. Before Judge Hutchins. Walton superior court. August term, 1898.

*Napier & Cox,* for plaintiff.

*A. C. Stone* and *E. T. Moon,* for defendants.